## Case No. 15,328.

### UNITED STATES v. HAUKEY.

[2 Cranch, C. C. 65.] [1]

Circuit Court, District of Columbia. Dec. Term, 1812.

LARCENY—LOCUS OF CRIME.

A person who steals goods in Maryland and brings them here, is guilty of larceny here. Quære.

[Cited in Worthington v. State, 58 Md. 407.]

Indictment for stealing a horse. The horse was stolen in Maryland and brought by the prisoner into this county.

CRANCH, Chief Judge, stated that this court had decided that such a case was cognizable here. U. S. v. Tolson [Case No. 16,-530]. See U. S. v. Mason [Id. 15,738], at Alexandria, May term, 1823.